JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 16-2307-JFW (PJWx)**                                    Date: November 29, 2016

Title:   Steven Ngo -v- Golden State Enterprises, LLC, et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
      None                                                                                      None

**PROCEEDINGS (IN CHAMBERS):**        ORDER OF DISMISSAL

      In the Notice of Settlement filed on November 28, 2016, Dkt. No. 28, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before January 12, 2017. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until January 12, 2017. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

      IT IS SO ORDERED.

Initials of Deputy Clerk  sr